UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN re APPLICATION FOR<br>NON-DISCLOSURE ORDER<br><br>Admin. Sub. ICE-HSI-HC-2022-00022 | :<br><br>: NO. 3:21MJ1105(TOF)<br><br>: September 22, 2022 |

## MOTION TO UNSEAL

In response to the Court's Order to Show Cause dated September 2, 2022 [Docket No. 4], the United States herein moves for the Court to order the unsealing of the Application for Non-Disclosure Order, the Motion to Seal, and the proposed Order to Seal, all relating to the above-captioned matter.

The United States files this motion to unseal since disclosure will no longer jeopardize an ongoing investigation.

        Respectfully submitted,

        VANESSA ROBERTS AVERY
        UNITED STATES ATTORNEY

        */s/ Nancy V. Gifford*
        NANCY V. GIFFORD
        ASSISTANT U.S. ATTORNEY
        Federal Bar No. ct16324
        450 Main Street, Rm. 328
        Hartford, CT 06103
        Tel.: (860) 947-1101

## ORDER

The Government's Motion to Unseal is hereby GRANTED/DENIED.

_____
THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE